COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     Michael Francis Palma v. Harris County Appraisal District, et al

Appellate case number:   01-17-00502-CV

Trial court case number: 2017-01753

Trial court:             270th District Court of Harris County

The clerk's record was filed on September 6, 2017. On September 11, 2017, Michael Frances Palma filed a motion for a corrected clerk's record and attached a list of items that are allegedly missing from the record. Palma actually seeks to supplement the clerk's record with the listed items.

If a relevant item had been omitted from the clerk's record, the appellate court "may direct the trial court clerk to prepare, certify, and filed in the appellate court a supplement containing the omitted item." TEX. R. APP. P. 34.5(c)(1).

Accordingly, we direct the trial court clerk to prepare a supplemental clerk's record containing the items listed in the chart attached to this order. The supplemental clerk's record shall be filed on or before **October 16, 2017**.

It is so ORDERED.


Judge's signature: /s/ Harvey Brown
                   ☑ Acting individually     ☐ Acting for the Court


Date:  September 26, 2017